# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Raymond A. Johnson**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:15-cv-00148-RJC-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| EEOC Charlotte District Office | ) | |
| Ruben Daniels Jr. | | |
| McKenney Cadillac Chevrolet Inc. | | |
| Keith Hawthorne Hyundai | | |
| McKenney Honda | | |
| McKenney Honda R&S Sales Inc. | | |
| McKenney Cadillac Chevrolet Inc.**,** | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 27, 2016 Order.

June 27, 2016

*[signature: Frank G. Johns]*

Frank G. Johns, Clerk
United States District Court